# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00367-WDM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JORGE OSVALDO MARTINEZ

       Defendant.

## ORDER REINSTATING ORIGINAL TERM OF SUPERVISED RELEASE

       This matter comes before the Court on a report from the probation officer that defendant violated conditions of his supervised release.  On February 9, 2006, defendant admitted to alleged violations 1 through 9 in the probation officer's petition.  Accordingly, it is hereby

       ORDERED that the defendant's supervision be reinstated to the original term, and that all original conditions of supervision remain in full force and effect with an additional condition as follows.

1)     The defendant shall reside in an approved community corrections center up to a period of 180 days, to commence as directed by the Probation Department, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Department if the defendant is determined to be in full compliance with all conditions of supervision.  Defendant is to be placed under electronic

monitoring until bed space is available.

DATED at Denver, Colorado, this __16th____ day of February, 2006.

BY THE COURT:

s/ Walker D. Miller

_____
Walker D. Miller
United States District Court Judge