IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  04-cr-00367-WDM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JORGE OSVALDO MARTINEZ,

        Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

        The following Minute Order is entered by Judge Walker D. Miller:

        Hearing on the supervised release violation will be held **September 23, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated:  August 18, 2010

                                        s/ Jane Trexler, Secretary/Deputy Clerk